**Jonathan Graham x34549**

| | |
|---|---|
| **From:** | Aaron J. Hayes <AJH@swblaw.com> |
| **Sent:** | Monday, October 20, 2025 1:26 PM |
| **To:** | Jonathan Graham |
| **Subject:** | RE: Jernigan v. Emmanuel - Consent to File Amended Complaint |

I consent.



Aaron J. Hayes | *Member*
Sweeny, Wingate & Barrow, P.A.
Cell: (803) 517-4338
Office: (803) 256-2233

**From:** Jonathan Graham <jgraham@forthepeople.com>
**Sent:** Monday, October 20, 2025 1:25 PM
**To:** Aaron J. Hayes <AJH@swblaw.com>
**Subject:** RE: Jernigan v. Emmanuel - Consent to File Amended Complaint

Exact same one – just needed a clean consent email.

# Jonathan Graham
**Attorney**

**T:** (843) 947-6063
**F:** (843) 947-6113

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

**From:** Aaron J. Hayes <AJH@swblaw.com>
**Sent:** Monday, October 20, 2025 1:21 PM
**To:** Jonathan Graham <jgraham@forthepeople.com>
**Subject:** RE: Jernigan v. Emmanuel - Consent to File Amended Complaint

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Yes, if it is the same amended complaint I agreed to way back when. If you are doing another amended complaint that has stuff in it that I have not seen, please share an advance copy for my review and approval.

1



Aaron J. Hayes | *Member*
Sweeny, Wingate & Barrow, P.A.
Cell: (803) 517-4338
Office: (803) 256-2233

---

**From:** Jonathan Graham <jgraham@forthepeople.com>
**Sent:** Monday, October 20, 2025 11:50 AM
**To:** Aaron J. Hayes <AJH@swblaw.com>
**Subject:** Jernigan v. Emmanuel - Consent to File Amended Complaint

Good morning, Aaron:

Would you please respond to this email with your consent to my filing an amended complaint in this matter?

Thank you,

John Graham

# Jonathan Graham
**Attorney**

T: (843) 947-6063
F: (843) 947-6113

4401 Belle Oaks Drive, 3rd Floor,
North Charleston, SC 29405



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices
A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.