# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | | |
|---|---|---|
| **Jeffrey L. Jernigan,** | ) | **Case No.:  4:24-cv-03390-JD** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CONSENT MOTION FOR A SECOND** |
| | ) | **AMENDED SCHEDULING ORDER** |
| **Philippe Joseph and Rogers Cartage Co.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

COMES NOW THE PARTIES, Plaintiff Jeffrey L. Jernigan and Defendants Philippe Joseph and Rogers Cartage Co., who request that the Court amend the First Amended Scheduling Order (ECF 12) in this case and enter the proposed Second Amended Scheduling Order submitted herewith.  This Motion is made for good cause as described below.  Also, the information required by Local Rule 6.01 is provided below.

1. This matter involves a motor vehicle collision that occurred on November 29, 2023.

2. This case was filed on February 2, 2024, and timely was removed and answered on June 6, 2024. Since that time, the Parties have worked together to substitute the correct Defendants via Amended Complaint, *see* ECF 10, and the parties have been waiting for Plaintiff's medical condition to stabilize enough so that discovery concerning Plaintiff's injuries will be efficient and productive.

3. Prior to Plaintiff's expert witness disclosure deadline (March 16, 2026), Plaintiff's counsel contacted Defendants' counsel and advised that while he was prepared to disclose certain of Plaintiff's treating medical providers as potential experts, there

was the possibility of additional treating medical providers being discovered, as well as the potential necessity of retaining medical experts for use in litigation.

4. Plaintiff's counsel requested Defendants' counsel's consent to a 90-day extension of time for Plaintiff to name experts, to which Defendants' counsel agreed. Further, since this 90-day extension necessarily affects the remaining deadlines, counsel agreed to submit this joint Motion requesting a 90-day extension of all deadlines.

5. On March 16, 2026, Plaintiff disclosed the then-known treating providers as experts out of an abundance of caution and reserving the right to supplement, in anticipation of the eventual filing of this Motion. (*See* ECF 15.)

6. There has only been one prior amended scheduling order, which was the one proposed by the Parties following the Rule 26(f) conference and entered by the Court on October 28, 2025.

7. The current and newly proposed deadlines are set forth as follows, representing a 90-day extension (accounting for weekends and holidays):

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| **Plaintiff Expert** | March 16, 2026 | June 14, 2026 |
| **Defendant Expert** | April 16, 2026 | July 15, 2026 |
| **Records Custodian Affidavit** | April 16, 2026 | July 15, 2026 |
| **Discovery** | June 16, 2026 | September 14, 2026 |
| **Mediation** | May 18, 2026 | August 17, 2026 |
| **All Other Motions** | July 15, 2026 | October 13, 2026 |
| **Motions In Limine** | No later than thirty (30) days before the date set for trial | No later than thirty (30) days before the date set for trial |
| **Pretrial Disclosures** | No later than thirty (30) days before the date set for jury | No later than thirty (30) days before the date set for jury |

| | selection | selection |
|---|---|---|
| **Subject to Trial** | October 14, 2026 | January 12, 2027 |

Therefore, for good cause shown, the parties request that, beginning with the Plaintiff's expert witness disclosure deadline, the deadlines in this case be extended by 90 days, as set forth above.

Respectfully Submitted,

s/Jonathan D. Graham
James G. Biggart, II, Fed Id. No. 14195
jbiggart@forthepeople.com
Jonathan D. Graham, Fed Id. No. 13969
jgraham@forthepeople.com
Morgan and Morgan
4401 Belle Oaks Drive
Suite 300
North Charleston, SC 29405
(843) 947-6063
**Attorneys for Plaintiff**

s/Aaron J. Hayes
Aaron J. Hayes, Fed. Id. No. 11196
ajh@swblaw.com
Mark S. Barrow, Fed. Id. No. 1220
msb@swblaw.com
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
**Attorneys for Defendants**