# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | | |
|---|---|---|
| **Jeffrey L. Jernigan,** | ) | **Case No.:  4:24-cv-03390-JD** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CONSENT MOTION TO EXTEND** |
| | ) | **DEFENDANTS' EXPERT DISCLOSURE** |
| **Philippe Joseph and Rogers Cartage Co.,** | ) | **DEADLINE** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

For good cause, and by the consent of all parties, Defendants Philippe Joseph and Rogers Cartage Co. respectfully request an extension of thirty (30) days on their current expert disclosure deadline. The current deadline is July 15, 2026, and the extension would set the deadline at August 14, 2026, which would not effect any other deadlines.

The parties have diligently worked to litigate this matter speedily and efficiently, but due to the busy summer schedules of counsel, additional time is necessary to evaluate Defendants' need for expert witnesses in this case. The parties are mindful that the Court employs careful consideration in the formulation of its scheduling orders, but in the interests of justice and by the consent of all parties, an additional thirty days for Defendant to identify and disclose expert witnesses is necessary.

[*Signature Page to Follow*]

**WE SO MOVE:**

s/Jacob M. Kaufman
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Jacob M. Kaufman Fed. I.D. No. 14615
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
msb@swblaw.com
ajh@swblaw.com
jmk@swblaw.com
*Attorneys for the Defendants*

s/Jonathan D. Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Attorney for the Plaintiff*


July 15, 2026