**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jeffrey L. Jernigan,** | ) | **Case No.: 4:24-cv-03390-JD** |
| **Plaintiff,** | ) | |
| **v.** | ) | **STIPULATION OF DISMISSAL (with prejudice) (ends case)** |
| **Philippe Joseph and Rogers Cartage Co.,** | ) | |
| **Defendants.** | ) | |

The above-referenced matter having been settled by the parties, the undersigned, as attorneys for the parties hereto, hereby stipulate that the above-captioned Complaint(s) be dismissed with prejudice and forever ended. This Stipulation is entered pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, and each party shall bear his/its own fees and costs.

AND WE SO STIPULATE:

s/ Jonathan Graham
Jonathan Graham
James G. Biggart, II
Morgan & Morgan
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
**Attorneys for the Plaintiff**

s/ Aaron J. Hayes
Mark S. Barrow
Aaron J. Hayes
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
**Attorneys for the Defendants**

North Charleston, South Carolina
Columbia, South Carolina

September 1, 2026